UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RONALD JOHN BRENNAN, JR.,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>JEFF LARSEN, *et al.*,<br><br>　　　　　　　Defendants. | Case No. C16-1304-RSM<br><br>ORDER DISMISSING CIVIL RIGHTS COMPLAINT |

The Court, having reviewed plaintiff's amended complaint, the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, any objections thereto if submitted, and the remaining record, hereby finds and ORDERS as follows:

(1)　The Court adopts the Report and Recommendation.

(2)　Plaintiff's amended complaint (Dkt. 8) and this action are DISMISSED without prejudice, under 28 U.S.C. § 1915(e)(2)(B)(ii), for failure to state a cognizable ground for relief.

//

//

//

ORDER DISMISSING CIVIL
RIGHTS COMPLAINT - 1

(3)     The Clerk is directed to send copies of this Order to plaintiff and to the Honorable James P. Donohue.

DATED this 18th day of November 2016.

*[signature]*

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER DISMISSING CIVIL
RIGHTS COMPLAINT - 2